

June 14, 2023

To Whom It May Concern:

In reference to Raequan Battle, men's basketball student-athlete, I would like to indicate that:

1. Raequan did have an opportunity to return to the Montana State men's basketball team;
2. The student-athlete was not dismissed from the team or athletics program; and
3. Raequan was athletically eligible and in good standing upon departure from the institution.

If you require any additional information, please let me know.

Sincerely,

Leon Costello
Director of Athletics
Montana State University

**Department of Athletics**

#1 Bobcat Circle
Brick Breeden Fieldhouse
P.O. Box 173380
Bozeman, MT 59717-0338

Tel 406-994-4221
Fax 406-994-2278

**msubobcats.com**