IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Clarksburg

**RAEQUAN BATTLE,**

   Plaintiff,

v.             **CIVIL ACTION NO. 1:23-CV-101**
                Judge Bailey

**NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION,**

   Defendant.

## ORDER SETTING HEARING

On December 12, 2023, plaintiff filed his Motion for Temporary Restraining Order and Preliminary Injunction [Doc. 3] and accompanying Memorandum in Support [Doc. 4]. For reasons appearing to this Court, a hearing on the Motion [Doc. 3] is now scheduled on **Wednesday, December 13, 2023, at 10:00 a.m.** in the North Courtroom, Second Floor, of the Frederick P. Stamp, Jr. Federal Building and Courthouse in Wheeling, West Virginia, before the undersigned. Plaintiffs are **ORDERED** to provide actual notice of the hearing to defendant.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: December 12, 2023.

                **JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE**