IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Clarksburg

**RAEQUAN BATTLE,**

      Plaintiff,

v.                                          **CIVIL ACTION NO. 1:23-CV-101**
                                                Judge Bailey

**NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION,**

      Defendant.

### ORDER SETTING HEARING

A hearing on the Motion for Preliminary Injunction [Doc. 3] is now scheduled on **Wednesday, December 27, 2023, at 10:00 a.m.** in the North Courtroom, Second Floor, of the Frederick P. Stamp, Jr. Federal Building and Courthouse in Wheeling, West Virginia, before the undersigned.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: December 15, 2023.

*/s/ John Preston Bailey*
**JOHN PRESTON BAILEY**
**UNITED STATES DISTRICT JUDGE**