IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Clarksburg

**RAEQUAN BATTLE,**

      Plaintiff,

  v.                                   **CIVIL ACTION NO. 1:23-CV-101**
                                                Judge Bailey

**NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION,**

      Defendant.

## ORDER

For reasons appearing to the Court, the hearing currently scheduled for **Wednesday, December 27, 2023, at 10:00 a.m.** is hereby **CANCELLED**.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: December 18, 2023.

                                                  **JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE**