IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Clarksburg

**RAEQUAN BATTLE,**

      Plaintiff,

v.                                           **CIVIL ACTION NO. 1:23-CV-101**
                                                    Judge Bailey

**NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION,**

      Defendant.

### ORDER

Pending before this Court is plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction [Doc. 3], filed December 12, 2023. Therein, plaintiff moves this Court for a Temporary Restraining Order and Preliminary Injunction enjoining the NCAA from enforcing any and all rules deeming plaintiff ineligible from playing basketball immediately at West Virginia University and enjoining the NCAA from enforcing the so-called "Restitution Rule."

On December 13, 2023, in a sister case, this Court issued a temporary restraining order and enjoined the NCAA from enforcing the Transfer Eligibility Rule and the Rule of Restitution. *See* Civ. Act. No. 1:23-CV-100 [Doc. 39]. Thereafter, the parties in the sister case filed a Joint Motion to Convert the Temporary Restraining Order to a Preliminary Injunction. *See* Civ. Act. No. 1:23-CV-100 [Doc. 57]. This Court granted the Motion and converted the temporary restraining order to a preliminary injunction that shall remain in

1

effect until a full and final trial and decision on the merits. See Civ. Act. No. 1:23-CV-100 [Doc. 63].

Thus, plaintiff in the above-styled case will not suffer irreparable harm because he has been able to play since this Court issued a Temporary Restraining Order in the sister case on December 13, 2023. Thus, plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction [Doc. 3] is **DENIED AS MOOT**.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: January 16, 2024.

JOHN PRESTON BAILEY
**UNITED STATES DISTRICT JUDGE**