IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

**RAEQUAN BATTLE,**

**Plaintiffs,**

v.

**NATIONAL COLLEGIATE ATHLETIC ASSOCIATION**

**Defendant.**

CASE NO: 1:23-cv-00101

Judge John Preston Bailey

## ▄▄▄▄▄▄ ORDER

For good cause shown, the Motion to Stay is hereby **GRANTED**. It is hereby **ORDERED** that:

i. This matter shall be stayed for thirty (30) days from the date of this Order;

ii. The Parties have thirty (30) days from the date of this Order to file their joint stipulation of dismissal, or for the filing by any party of a motion to reopen this matter.

**IT IS SO ORDERED.**

DATED: **12-23-2024**

_____
UNITED STATES DISTRICT COURT JUDGE
JOHN PRESTON BAILEY

1