IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

| | |
|---|---|
| **RAEQUAN BATTLE,** | : |
| **Plaintiffs,** | : CASE NO: 1:23-cv-00101 |
| v. | : Judge John Preston Bailey |
| **NATIONAL COLLEGIATE ATHLETIC ASSOCIATION** | : |
| **Defendant.** | : |

## ~~PROPOSED~~ ORDER

For good cause shown, the Motion to Stay is hereby **GRANTED**. It is hereby **ORDERED** that:

i. This matter shall be stayed for an additional fourteen (14) days;

ii. The Parties have until February 5, 2025 to file their joint stipulation of dismissal, or for the filing by any party of a motion to reopen this matter.

**IT IS SO ORDERED.**

DATED: 1-22-25

_____
UNITED STATES DISTRICT COURT JUDGE
JOHN PRESTON BAILEY

1