# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# CLARKSBURG DIVISION

|  |  |
|---|---|
| **RAEQUAN BATTLE,** | : |
| Plaintiffs, | : CASE NO: 1:23-cv-00101 |
| v. | : Judge John Preston Bailey |
| **NATIONAL COLLEGIATE ATHLETIC ASSOCIATION** | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)

This day came the Plaintiff Raequan Battle, and Defendant National Collegiate Athletic Association ("NCAA"), by counsel, and announces to the Court that the claims of Mr. Battle against Defendant NCAA have been fully and confidentially compromised. Whereupon, in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties who have appeared in this action hereby stipulate that Raequan Battle's claims against Defendant NCAA are dismissed, with prejudice.

Dated: March 12, 2025                                 Respectfully submitted,

**On behalf of Plaintiff RaeQuan Battle:**            **On behalf of Defendant NCAA:**

*/s/ John F. Gianola*                                 */s/ Benjamin L. Bailey*
John F. Gianola (WVSB No. 10879)                      Benjamin L. Bailey (WVSB No. 200)
LEWIS GIANOLA PLLC                                    BAILEY & GLASSER, LLP
1714 Mileground                                       209 Capitol Street
Morgantown, WV 26505                                  Charleston, West Virginia 25301
(304) 345-2000                                        (304) 345-6555
john.gianola@lewisgianola.com                         bbailey@baileyglasser.com

*Counsel for Plaintiff RaeQuan Battle*                *Counsel for Defendant*
                                                      *National Collegiate Athletic Association*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION**

| | | |
|---|---|---|
| **RAEQUAN BATTLE,** | : | |
| | : | |
| **Plaintiffs,** | : | CASE NO: 1:23-cv-00101 |
| | : | |
| v. | : | Judge John Preston Bailey |
| | : | |
| **NATIONAL COLLEGIATE ATHLETIC ASSOCIATION** | : : | |
| | : | |
| **Defendant.** | : | |

### CERTIFICATE OF SERVICE

I, Benjamin L. Bailey, do hereby certify that on 12th day of March 2025, I filed the foregoing document titled ***STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)*** using the Court's CM/ECF system which will send notification to all counsel of record.

                                                    */s/ Benjamin L. Bailey*
                                                    Benjamin L. Bailey (WVSB No. 200)