IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Clarksburg

**RAEQUAN BATTLE,**

        Plaintiff,

   v.                                 **CIVIL ACTION NO. 1:23-CV-101**
                                                Judge Bailey

**NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION,**

        Defendant.

### ORDER DISMISSING CASE

On March 12, 2025, the parties filed a Stipulation of Dismissal Pursuant to Rule 41(a) [Doc. 47]. In the Stipulation, the parties state the claims of plaintiff against defendant have been fully and confidentially compromised. [Doc. 47 at 1].

Upon consideration, this Court hereby **DISMISSES WITH PREJUDICE** the above-styled action. Therefore, it is **ORDERED** that this civil action be retired from the docket of this Court, subject to reopening on motion of any party, and for good cause shown, within ninety (90) days. The Clerk is **DIRECTED TO STRIKE** the above-styled action from the active docket of this Court.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action.

It is so **ORDERED**.

1

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: March 12, 2025.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE